LAW OFFICES OF
# WELTMAN, WEINBERG & REIS CO., L.P.A.
323 W. LAKESIDE AVE. STE. 200
CLEVELAND, OH 44113-1009
(513) 723-6097   (877) 205-1457
MON-THURS 8AM-9PM, FRI 8AM-5PM, & SAT 8AM-12PM EST

September 9, 2009

Redacted

ANTHONY W SIMPSON


IL

RE: CACH, LLC
Account No.: ████████2632
WWR No.: ███1299
Balance Due as of September 9, 2009: $34,418.42

Dear ANTHONY W SIMPSON:

We have made several attempts to contact you, but our efforts have been unsuccessful.

It is important that you contact this office to discuss a possible resolution of your account.

This law firm is a debt collector attempting to collect this debt for our client and any information obtained will be used for that purpose.

Sincerely,

Weltman, Weinberg & Reis Co., L.P.A.



EXHIBIT
A

CONWELT01101

***To receive proper credit on your account, please detach the bottom portion and return with your payment in the enclosed envelope***

323 W. Lakeside Ave. Ste. 200
Cleveland, OH 44113-1009
ADDRESS SERVICE REQUESTED

WWR No.: ███1299
Balance Due as of September 9, 2009: $34,418.42

September 9, 2009

ANTHONY W SIMPSON
IL

WELTMAN, WEINBERG & REIS CO., L.P.A.
P.O. Box 5402
Cleveland, OH 44101-0402